# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
www.kslaw.com

Brian J. Olson
Attorney
Direct Dial: (404) 215-5806
Direct Fax: (404) 572-5172
bjolson@kslaw.com

November 6, 2009

**VIA ELECTRONIC FILING, AND ELECTRONIC AND REGULAR MAIL**

Hon. Lois Bloom
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gaft v. Mitsubishi Motor Credit, et al.
07 Civ. 00527 (NG)(LB)

The application is ✓ granted. ___ denied.
SO ORDERED,
/S/
Lois Bloom, U.S.M.J.
Dated: 11/9/09
Brooklyn, New York

Dear Judge Bloom:

I represent the Defendant, Equifax Information Services LLC in the above referenced case. I write to advise the Court of the status of this matter. This case was settled as between Equifax and Plaintiff on October 29, 2009. Plaintiff has returned an executed settlement agreement to Equifax and the parties Stipulation of Dismissal was filed with the Court on November 3, 2009. A Status Conference has been scheduled in this case for November 10, 2009 at 3:00.

As all matters between Plaintiff and Equifax have been fully resolved, Equifax respectfully requests that its counsel's attendance at the November 10, 2009 status conference be excused. In the alternative, Equifax requests that counsel be allowed to attend the conference telephonically. Mr. Gaft has been informed that Equifax's counsel requests to be excused from the scheduled conference and is in agreement.

Sincerely,

s/ Brian J. Olson
Attorney
Equifax Information Services LLC

cc:        Mark Gaft