FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 14 2010
BROOKLYN OFFICE

ddf

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARK GAFT,
               Plaintiff

ORDER

07-CV-527 (NG)

- against -

TRANSUNION, EXPERIAN,
               Defendants.
-----------------------------------------------------------x

**GERSHON, United States District Judge:**

The unopposed Report and Recommendation of Magistrate Judge Lois Bloom dated December 14, 2009 is hereby adopted in its entirety. The action is therefore dismissed pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v).

The Clerk of Court is also directed to close this case.

               **SO ORDERED.**

               s/NG
               _____
               **NINA GERSHON**
               **United States District Judge**

Dated: January 12, 2010
       Brooklyn, NY